## Return

| Case No: | Date and time warrant served on provider: |
|---|---|
| 2:22-mj-00680 | 02/23/2022 @ 2:47 P.M. PST |

| Inventory made in the presence of: | Electronically Served |
|---|---|

**Inventory of data seized:**

All contents of all wire & electronic communications associated with xcinternational@yahoo.com, limited to that which occurred from January 1 2019 to the date this warrant was served.

## Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 02/25/2022

_Executing officer's signature_

Drew A. Cienfuegos, Special Agent
_Printed name and title_